ACCEPTED
03-14-00633-CR
4133786
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 4:27:02 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00633-CR

| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | |
| | § | |
| v. | § | THIRD DISTRICT |
| | § | |
| JOHN ALLEN WACHTENDORF | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 4:27:02 PM
JEFFREY D. KYLE
Clerk

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellant, by and through her Assistant District Attorney, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on February 16, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. The undersigned Assistant District Attorney, assumed the duties of the appellate prosecutor for the Williamson County District Attorney's Office on November 3, 2014.

4. The undersigned is the sole Assistant District Attorney in the Williamson County District Attorney's Office assigned to the appellate division, and must, in addition to handling writs and direct appeals, advise the trial prosecutors on motions to

1

suppress, jury charges, issues that arise during trial, and other legal matters as they come up during the course of the prosecution of a case.

5. Upon assuming office, the undersigned Assistant District Attorney found numerous matters unresolved by his predecessor, many of which appear to have been unattended for some time, and to which he must now attend. These include the following Writs of Habeas Corpus: *Ex Parte Markum Woodrow Peavey* WR-70,212-03, 08-1604-K26A, *Ex Parte Cory Dale Morgan* WR-81,867-01, 12-1212-K368A, *Ex Parte Stephen Farrell Eikelboom*, WR-81,534-01, WR-81,534-02, WR-81,534-03, *Ex Parte Robert Brown*, 05-307-K277A, *Ex Parte Austen Joseph Ross*, 07-379-K368A, *Ex Parte David Wayne Grasman* 03-168-K277A, *Ex Parte Beau Prestidge* 08-1340-K368A, *Ex Parte Antonio Gonzalez Rodriguez* 00-430-K368B, *Ex Parte Scott Patrick Hudson* 09-1620-K277A, *Ex Parte Robert Jesse Padilla* 06-921-K368A, *Ex Parte Johnny Moreno* 07-712-K368B, *Ex Parte Dionisio Balderas Moreno* 07-469-K368B, *Ex Parte Daniel Robert Lock* 97-780-K277A, and *Ex Parte Robert Carlos Campos* 08-1015-K26A.

6. On January 29, 2015, the undersigned Assistant District Attorney filed a State's Response to Appellant's Motion to Dismiss in this cause.

7. Since assuming his position, the undersigned Assistant District Attorney has filed answers to applications for writs of habeas corpus in *Ex Parte Edward Lamonyne*

2

*King* 10-1235-K26A, and *Ex Parte Daniel Robert Lock* 94-085-K277A, affidavits, supplemental documentation, and/or proposed findings of fact and conclusions of law regarding applications for writs of habeas corpus in *Ex Parte Stephen Farrell Eikelboom*, WR-81,534-01, WR-81,534-02, WR-81,534-03, *Ex Parte Robert Brown* WR-71,460-4, and *Ex Parte Antonio Gonzalez Rodriguez* 00-430-K368B, obtained and filed an affidavit requested by the Court of Criminal Appeals in *Ex Parte Cory Dale Morgan* WR-81,867-01, 12-1212-K368A.

8. The State still has a variety of appeals and writs of habeas corpus to which he must respond.

9. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of February 16, 2015, to April 17, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to April 17, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas


 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org


Certificate of Service

This is to certify that on February 12, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Ms. Kristen Jernigan, 207 S. Austin Ave. Georgetown, Texas 78626, kristen@txcrimapp.com by eservice.

/s/ John C. Prezas
John C. Prezas

4